NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

VITA-MIX CORPORATION,
*Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,
*Appellee,*

AND

K-TEC, INC.,
*Appellee.*

---

2012-1447
(Reexamination Nos. 95/000,228, 90/009,113, and
90/008,814)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

Vita-Mix Corporation moves without opposition to stay proceedings in this appeal pending the outcome in *Vita-Mix Corporation v. Kappos*, No. 2012-1024.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings in 2012-1447 is granted. The parties are directed to inform this court within 14 days of the final disposition of 2012-1024 concerning how they believe that 2012-1447 should proceed.

(2) All other pending motions are denied as moot.

(3) A copy of this order shall be transmitted to the merits panel assigned to Vita-Mix Corporation v. Kappos, No. 2012-1024.

FOR THE COURT

AUG 2 2 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alan Leonard Briggs, Esq.
Raymond T. Chen, Esq.
L. Grant Foster, Esq

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK